**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DELTA GULF LLC and
GAYLE DEHAAN,
        Plaintiffs,

v.                                     CASE NO.:4:19-cv-00423

LEXINGTON INSURANCE COMPANY,
        Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs, DELTA GULF LLC and GAYLE DEHAAN, by and through her undersigned counsel, hereby gives notice to the Court that this case has settled as to all parties, and that the settlement has resolved all issues relating to this matter. The parties will forward the settlement documents to the court upon execution of same.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon Thomas Moody, Esq., tmoody@clausen.com on this 26th day of June, 2020.

Respectfully submitted,

**DIVERSE LEGAL SOLUTIONS, A LAW FIRM**
P.O. Box 279505
Miramar, FL 33027
Telephone:  954.438.1764
Facsimile:   954.438.4312
Email: saj@diverselegalsolutions.com
Service: service@diverselegalsolutions.com
rmartinez@diverselegalsolutions.com

By:/s/  S. Antonio Jimenez_____ _____
      S. ANTONIO JIMENEZ, Esq.
      Florida Bar Number 658731