# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DELTA GULF, LLC and GAYLE
DEHAAN

    VS                                              CASE NUMBER: 4:19-cv-423-MW-MAF

LEXINGTON INSURANCE COMPANY

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                            JESSICA J. LYUBLANOVITS
                                                            CLERK OF COURT

<u>June 29, 2020</u>                <u>s/ Chip Epperson</u>
DATE                              Chip Epperson,  Deputy Clerk: